## BELK *vs.* ESTES & COMPANY.

The court did not err in refusing to dismiss the following levy on the ground of uncertainty: "Georgia, Marion county. I have this

day levied the within *fi. fa.* on the life estate of D. V. Belk, one of the defendants, in lots of land numbers 103, 104 and 120, in the fourth district of said county, all that portion of said lots lying and being south of the road leading from Brantley, said county, by way of New Providence Baptist church and the residence of B. A. Story, late of said county, deceased, to Tazwell in said county, and as the property of D. V. Belk; tenant in possession notified in terms of the law. This December 12, 1884."

February 15, 1889.

Levy and sale. Description. Before Judge SMITH. Marion superior court. April term, 1888.

Reported in the decision.

BUTT & LUMPKIN, for plaintiff in error.

MILLER & BUTT, by brief, *contra.*

SIMMONS, Justice.

The plaintiff in error (the claimant) insisted on but one ground of the motion for a new trial, to wit, that "the court erred in refusing to dismiss the levy on the ground that the same was too uncertain, indefinite and vague." The entry of levy was as follows :

"Georgia, Marion county. I have this day levied the within *fi. fa.* on the life estate of D. V. Belk, one of the defendants, in lots of land numbers 103, 104, 105 and 120 in the 4th district of said county, all that portion of said lots lying and being south of the road leading from Brantley, said county, by way of. New Providence Baptist church and the residence of B. A. Story, late of said county, deceased, to Tazwell in said county, and as the property of D. V. Belk; tenant in possession notified in terms of the law. This December 12th, 1884."

We do not think that the court erred in refusing to dismiss the levy on the ground of uncertainty. The interest of the defendant, the county, the number of the district and the numbers of the lots are set out in the entry, and the land is described as being " all that

portion of said lots lying and being south" of a certain road, the description of which road seems to be sufficiently definite. We think that under this levy the land might be readily identified and the purchaser put in possession. 12 *Ga.* 440; 59 *Ga.* 711, 850; 64 *Ga.* 677; 66 *Ga.* 753; 68 *Ga.* 158; 78 *Ga.* 539.

Judgment affirmed.